# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LUKE JOSEPH WARNER,<br><br>Petitioner,<br><br>v.<br><br>STEPHEN SPAULDING, et al.,<br><br>Respondents. | Civil Action No. 18-cv-10850-DLC<br><br><br>**FINAL ORDER OF DISMISSAL** |

**CABELL, Magistrate Judge:**

In accordance with the memorandum and order dated September 24, 2018, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Dated: 9/25/2018

By the Court,

/s/ Noreen Russo
Deputy Clerk